THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MICHAEL D. GORDON, *et al.*, | CASE NO. C20-0980-JCC |
| Plaintiffs, | MINUTE ORDER |
| v. | |
| UNITED STATES OF AMERICA, | |
| Defendant. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the parties' stipulated motion for a scheduling order (Dkt. No. 13). Having thoroughly considered the motion and the relevant record, the Court GRANTS in part the motion and issues the following agreed-upon scheduling order:

//
//
//
//
//
//
//

| Bench Trial Date | February 22, 2022 |
|---|---|
| Deadline for joining additional parties | April 19, 2021 |
| Deadline for amending pleadings | April 19, 2021 |
| Disclosure of expert testimony under Fed. R. Civ. P. 26(a)(2) | August 25, 2021 |
| Deadline for filing discovery related motions. Any such motions shall be noted for consideration pursuant to W.D. Wash. Local Civ. R. 7(d)(3). | September 24, 2021 |
| Discovery Cutoff | October 25, 2021 |
| Deadline to complete 39.1 Mediation | November 8, 2021 |
| Dispositive Motion Deadline | November 24, 2021 |
| All motions in limine must be filed and noted on the motion calendar no later than the THIRD Friday thereafter | January 19, 2022 |
| Proposed Pretrial Order | February 14, 2022 |
| Trial briefs and proposed finding of fact and conclusions of law, designations of deposition testimony pursuant to LCR 32(e), and trial exhibits due | February 17, 2022 |

The Court generally does not hold pretrial conferences and therefore declines to schedule a pretrial conference at this point. If, as the trial date approaches, the parties believe a pretrial conference is necessary, they may renew their request.

DATED this 8th day of April 2021.

William M. McCool
Clerk of Court

s/Paula McNabb
Deputy Clerk