THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MICHAEL D. GORDON, *et al.*, | CASE NO. C20-0980-JCC |
| Plaintiffs, | MINUTE ORDER |
| v. | |
| UNITED STATES OF AMERICA, | |
| Defendant. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on Plaintiff Michael D. Gordon's responses to Defendant's second set of interrogatories and requests for production (Dkt. No. 20). Absent a motion pending on the Court's docket, discovery is to be conducted between the parties. Discovery need not involve the Court, unless there is a dispute requiring the Court's intervention, which should be sought by motion or comparable formal request for relief. *See generally* W.D. Wash. Local Civ. R. 7, 26, 37. In this case, there are no pending motions requiring the submission of Plaintiff's discovery responses. Accordingly, the Court DIRECTS the Clerk to strike Plaintiff's discovery responses (Dkt. No. 20) from the record.

//

//

MINUTE ORDER
C20-0980-JCC
PAGE - 1

DATED this 20th day of August 2021.

Ravi Subramanian
Clerk of Court

s/Sandra Rawski
Deputy Clerk