THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MICHAEL D. GORDON, *et al.*, | CASE NO. C20-0980-JCC |
| Plaintiffs, | MINUTE ORDER |
| v. | |
| UNITED STATES OF AMERICA, | |
| Defendant. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the parties' stipulated motion to extend certain pretrial deadlines (Dkt. No. 24) as set forth by minute order on April 08, 2021 (Dkt. No. 14). Having considered the motion and the relevant record and finding good cause, the Court hereby GRANTS the motion. The following pretrial deadlines are modified as set forth below:

- The discovery cutoff is December 1, 2021.
- Parties' dispositive motions are due December 22, 2021.
- All motions *in limine* are due February 2, 2022.

//

//

//

MINUTE ORDER
C20-0980-JCC
PAGE - 1

DATED this 23rd day of September 2021.

Ravi Subramanian
Clerk of Court

s/Sandra Rawski
Deputy Clerk
